# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. *Plaintiff,* | CIVIL ACTION NO. 3:10-CV-67 |
| v. | ORDER |
| MARK W. GREEN & LETITIA GREEN. *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Defendants' motion to enforce an alleged settlement agreement, or in the alternative to continue summary judgment proceedings. (docket no. 18). For the reasons given in the accompanying memorandum opinion, the motion will be DENIED in part and GRANTED in part. Insofar as the motion seeks to enforce a settlement agreement it will be DENIED without prejudice. However, the request for a continuance is hereby GRANTED. Defendants shall have ten days from the date of this order to file a response to Plaintiff's motion for summary judgment.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this __7th__ day of March, 2011.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE