# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WELLS FARGO, N.A.,<br>        *Plaintiff*,<br>  v.<br><br>MARK W. GREEN &<br>LETITIA GREEN<br>        *Defendants*. | CIVIL ACTION NO. 3:10-CV-67<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the court upon consideration of Plaintiff's motion for summary judgment (docket no. 15). For the reasons set forth in the accompanying memorandum opinion, Plaintiff's motion is hereby GRANTED. It is further ORDERED that judgment be entered in the amount of $1,516,642.84, consisting of $1,431,087.97 in unpaid principal, $44,164.96 in unpaid interest, $6,950.00 in costs, and $34,439.91 in attorney fees.

  The clerk of the court is directed to send a certified copy of this order and the accompanying opinion to all counsel of record.

  Entered this  25th  day of April, 2011.

                 /s/ Norman K. Moon
                 NORMAN K. MOON
                 UNITED STATES DISTRICT JUDGE